UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO.  5:95cr5029LAC

ELIAS RAYAS MEJIA

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 24, 2006
Motion/Pleadings:  MOTION TO ELIMINATE ENHANCEMENTS AND REDUCE SENTENCE
Filed by DEFENDANT PRO SE          on 1/4/06          Doc.# 310
RESPONSES:
BY GOVERNMENT                      on 1/24/06         Doc.# 312
                                   on                 Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Apprendi, Blakely, Booker and Fanfan are not retroactive.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.