FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 1
5:95cr5029LAC - UNITED STATES OF AMERICA vs. ELIAS RAYAS MEJIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                        Case No.5:95cr5029LAC

ELIAS RAYAS MEJIA

_____

## ORDER

Your document, **PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service. The Certificate of Service did not indicate who was served.
>
> Pursuant to Local Rule 7.1(C)(2) no reply memoranda shall be filed absent a showing of good cause and upon leave of the court.
>
> Case is closed.

For these reasons, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 24th day of February, 2006.

                                                        *s/L.A. Collier*
                                                        LACEY A. COLLIER
                                                        SENIOR UNITED STATES DISTRICT JUDGE