*FLN (Rev. 3/2007) Deficiency Order*  *Page 1 of 1*
*5:95cr5029LAC - UNITED STATES OF AMERICA vs. ELIAS RAYES MEJIA*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                        Case No.5:95cr5029LAC

ELIAS RAYES MEJIA

_____

## ORDER

Your document, **MOTION TO ELIMINATE ENHANCEMENTS AND REDUCE SENTENCE**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiency by filing notice of service.

DONE and ORDERED this 16th day of June, 2008.

                                          s/L.A. Collier
                                          LACEY A. COLLIER
                                          SENIOR UNITED STATES DISTRICT JUDGE