IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

vs.  Case No. 5:95cr5029/LAC/GRJ
       5:11cv149/LAC/GRJ

**ELIAS RAYAS MEJIA,**

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 24, 2011. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but no objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc 319) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk is directed to close the file.

DONE AND ORDERED this 29th day of June, 2011.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**